THE PEOPLE v. HENRY J. SCOTT.

*Criminal law—Sale of liquor by druggist as a beverage—Sufficiency of information.*

This case is ruled by *Luton v. Circuit Judge,* 69 Mich. 610, the holding in which is reaffirmed.

Exceptions before judgment from Schoolcraft. (Steere, J.) Submitted on briefs February 10, 1892. Decided February 19, 1892.

Respondent was convicted of selling liquor as a beverage without paying the tax required by Act No. 313, § 1, Laws of 1887. Conviction affirmed, and court advised to proceed to judgment. The facts are sufficiently stated in the opinion.

*P. N. Packard,* for respondent.

*A. A. Ellis,* Attorney General, and *W. F. Riggs,* Prosecuting Attorney, for the people.

MONTGOMERY, J. The sole question raised in this case relates to the sufficiency of the information, which is in the precise form of that held good in *Luton v. Circuit*

*Judge,* 69 Mich. 610.   We reaffirm the holding in that case.

The exceptions will be overruled, and the cause remanded, with directions to the circuit court to proceed to judgment.

The other Justices concurred.